IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DWIGHT COX | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 8:21-cv-02160-CBD |
| | : | |
| METROPOLITAN PROTECTIVE | : | |
| SERVICES, INC., *et al.* | : | |
| | : | |
| Defendants. | : | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDUCE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated by the parties, by and through their undersigned counsel, that the above-captioned action, including any and all claims raised in such action, be dismissed, in its entirety, with prejudice and with each party to bear its own costs.

| | |
|---|---|
| DWIGHT COX<br>By Counsel<br><br>TUCKER MOORE LAW GROUP<br><br><br>/s/Charles Tucker<br>Charles Tucker, Jr., Esq., #19045<br>8181 Professional Place, Suite 207<br>Hyattsville, Maryland 20785<br>(301) 577-1175(Telephone)<br>(240) 467-5787 (Facsimile)<br>charles@tuckerlawgroupllp.com | METROPOLITAN PROTECTIVE<br>SERVICES, INC., DERRICK PARKS,<br>AHMAD HABIBI, AND<br>ELVA HERNANDEZ<br>By Counsel<br><br>CARR MALONEY P.C.<br><br>*/s/ Brian M. O'Shea*<br>Thomas L. McCally, Esq., #06716<br>Brian M. O'Shea, Esq., #20608<br>2000 Pennsylvania Avenue<br>Suite 8001<br>Washington, D.C. 20006<br>202-310-5500 (Telephone)<br>202-310-5555 (Facsimile)<br>thomas.mccally@carrmaloney.com<br>brian.o'shea@carrmaloney.com |

NATIONAL HARBOR
By Counsel

*/s/ Elizabeth Lalik*
Alexander P. Berg, Esq., #18821
Elizabeth Lalik, Esq.,*pro hac vice*
Sarah M. Martin, Esq., *pro hac vice*
1650 Tysons Boulevard, Suite 700
Tysons Corner, Virginia 22102
(703) 442-8425 (Telephone)
(703) 442-8428 (Facsimile)
elalik@littler.com
aberg@littler.com
smartin@littler.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of April, 2022, a copy of the foregoing *Joint Stipulation of Dismissal* was filed via CM/ECF and served electronically to:

>Charles Tucker, Jr., Esq.
>Tucker Moore Law Group
>8181 Professional Place, Suite 207
>Hyattsville, Maryland 20785
>charles@tuckerlawgroupllp.com
>*Counsel for Plaintiff*
>
>Alexander P. Berg, Esq.
>Elizabeth Lalik, Esq.
>Sarah M. Martin, Esq.
>Littler Mendelson P.C.
>1650 Tysons Boulevard, Suite 700
>Tysons Corner, Virginia 22102
>elalik@littler.com
>aberg@littler.com
>smartin@littler.com
>*Counsel for Defendant National Harbor*

>>*/s/ Brian M. O'Shea*
>>Brian M. O'Shea